[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
SUPPLEMENTAL MEMORANDUM OF DECISION ON MOTION FOR DEFICIENCY JUDGMENT
Pursuant to the court's memorandum of decision of June 3, 1993 and the plaintiff's submission of a detailed itemization of the claimed deficiency, the court calculates the deficiency judgment as follows and enters judgment accordingly. CT Page 6219-f
DEBT as of 11/30/92: $541,598.24
 Principal interest $533,900.04 Attorneys' fees 5,623.20 Appraiser's fee 1,925.00 Title Search fee 150.00
Statutory Interest from 11/30/92 to date of title vesting in the Plaintiff, 1/8/93, (34 days X $150.44): 5,114.96 ----------- $546,713.20
Less Market Value as determined by Court at deficiency hearing: ($412,500.00) ----------- $134,213.20
Statutory Interest from 1/8/93 to 6/21/93 (164 days X $37.28): $ 6,113.92 CT Page 6219-g
Amended Bill of Costs attached (incorporating objections of deft. dated 4/8/93): $ 692.21
Costs and Fees of Court Appointed Rent Receiver: $ 67,280.03
Additional attorneys' fees $ 2,580.00
Additional appraiser's fees $ 850.00 ----------- TOTAL DEFICIENCY: $211,729.36
ARENA, J.